**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Gibson Brands, Inc. | : | Case No. 18-11025 (CSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **TKL Products Corp.**, Attn: Thomas Dougherty, 2545 Turkey Creek Rd, Oilville, VA 23129, Phone: 804-749-8300; Fax: 804-749-3442

2. **Grover Musical Products, Inc.**, Attn: Cory Berger, 9287 Midwest Avenue, Cleveland, OH 44125-2415, Phone: 216-391-1234, Fax: 216-391-8999

3. **EDC, Inc.,** Attn: Keith Ebert, 950 Old Winston Road, Kernersville, NC 27284, Phone: 336-993-0468, Fax: 336-993-0368

4. **Advance Plating, Inc.**, Attn: Steve Tracy, 1425 Cowan Court. Nashville, TN 37207, Phone: 615-227-6900, Fax: 615-313-7144

5. **Koninkijke Philips N.V.,** Attn: Joseph Innamorati, 3000 Minuteman Road, Andover, MA 01810, Phone: 978-659-4636, Fax: 978-856-3512

6. **Guoguang Electronic Co., Ltd.,** Attn: Kobe Zhang, 1801 East Edinger Avenue, Suite 225, Santa Ana, CA 92075, Phone: 714-750-2282

7. **Tronical GmbH,** Attn: Christopher Adams, Heselstuecken 18, 22453, Hamburg Germany, Phone: 49-172-491-4100, Fax: 49-40-284-6457-09


    ANDREW R. VARA
    Acting United States Trustee, Region 3


    /s/ *Linda Casey* for
    T. PATRICK TINKER
    ASSISTANT UNITED STATES TRUSTEE

DATED: May 9, 2018

Attorney assigned to this Case: Linda Casey, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: David Fournier, Esq., Phone: (302) 777-6500, Fax: (302) 421-8390