IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
:
In re:                               :   Chapter 11
:
GIBSON BRANDS, INC., *et al.*,       :   Case No. 18-11025(CSS)
:
Debtors.[1]                          :   Jointly Administered
:
------------------------------------- x   **Re: Docket No. 16, 132**

## ORDER EXTENDING TIME FOR DEBTORS TO FILE THEIR
## SCHEDULES AND STATEMENTS

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (the "Order") under Bankruptcy Code sections 105 and 521, Bankruptcy Rules 1007(c) and 2002(m), and Local Bankruptcy Rule 1007-1(b) extending the time by which the Debtors must file their Schedules and Statements to thirty (30) days after the current deadline imposed by Local Bankruptcy Rule 1007-1(b); and upon consideration of the Motion and all pleadings related thereto, including the First Day Declaration; and upon the record of the hearing on the Motion; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Gibson Brands, Inc. (4520); Cakewalk, Inc. (2455); Consolidated Musical Instruments, LLC (4695); Gibson Café & Gallery, LLC (0434); Gibson International Sales LLC (1754); Gibson Pro Audio Corp. (3042), Neat Audio Acquisition Corp. (3784); Gibson Innovations USA, Inc. (4620); Gibson Holdings, Inc. (8455); Baldwin Piano, Inc. (0371); Wurlitzer Corp. (0031); and Gibson Europe B.V. (Foreign). The Debtors' corporate headquarters is located at 309 Plus Park Blvd., Nashville, TN 37217.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

#48511324 v1

proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion and provided for herein is in the best interest of the Debtors, their estates, and creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The time by which the Debtors must file their Schedules and Statements shall be and hereby is extended through and including June 30, 2018.

3. The foregoing extension of time to file the Schedules and Statements is without prejudice to the Debtors' right to seek further extensions of time to prepare and file its Schedules and Statements.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: May 21, 2018
Wilmington, Delaware

---
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2

#48511324 v1