**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                              :    Chapter 11
:
GIBSON BRANDS, INC., *et al.*,      :    Case No. 18-11025 (CSS)
:    Jointly Administered
Debtors.[1]                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 9, 2018 AT 10:00 A.M. (EASTERN TIME)[2]**

**UNCONTESTED MATTERS WITH CERTIFICATIONS OF COUNSEL:**

1. Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to May 31, 2018, and (II) Granting Related Relief (Filed 5/21/18; Docket No. 186).

    **Objection Deadline**: June 4, 2018 at 4:00 p.m. (ET). Extended to June 6, 2018 at 5:00 p.m. (ET) with respect to the UST and the Committee.

    **Objection(s)**:

    A. Limited Objection of Tower Records Square, LLC to the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to May 31, 2018 and (II) Granting Certain Related Relief (Filed 6/4/18; Docket No. 225).

    **Related Document(s)**:

    A. Certification of Counsel Regarding Revised Order with Respect to Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to May 31, 2018, and (II) Granting Related Relief (Filed 6/8/18; Docket No. 246).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Gibson Brands, Inc. (4520); Cakewalk, Inc. (2455); Consolidated Musical Instruments, LLC (4695); Gibson Café & Gallery, LLC (0434); Gibson International Sales LLC (1754); Gibson Pro Audio Corp. (3042), Neat Audio Acquisition Corp. (3784); Gibson Innovations USA, Inc. (4620); Gibson Holdings, Inc. (8455); Baldwin Piano, Inc. (0371); Wurlitzer Corp. (0031); and Gibson Europe B.V. (Foreign). The Debtors' corporate headquarters is located at 309 Plus Park Blvd., Nashville, TN 37217.

[2] The hearing will be held before The Honorable Christopher S. Sontchi, Judge of the United States Bankruptcy Court for the District of Delaware, Courtroom No. 6, 5th Floor, 824 Market Street, Wilmington, Delaware. Parties who wish to participate telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), prior to the commencement of the Hearing.

#49102481 v2

-2-

B. First Omnibus Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to May 31, 2018, and (II) Granting Related Relief (Entered 6/11/18; Docket No. 261).

C. Certification of Counsel Regarding Order (I) Authorizing the Debtors to Reject Certain Unexpired Lease *Nunc Pro Tunc* to May 31, 2018 and (II) Granting Certain Related Relief (Filed 7/2/18; Docket No. 372).

**Status**: A certification of counsel has been filed and submitted to chambers together with a proposed revised order. A hearing is only necessary if the Court has any questions or concerns.

2. Debtors' Application, Pursuant to 11 U.S.C. § 327(e), (I) Authorizing the Employment and Retention of Dentons US LLP as Special Overseas Coordinating Counsel, *Nunc Pro Tunc* to the Petition Date; (II) Authorizing the Employment of Certain Foreign Insolvency Counsel Under Local Rule 2014-1(c); and (III) Waiving Information Requirements of Local Rule 2016-2(c)-(e) (Filed 6/20/18; Docket No. 294).

**Objection Deadline**: July 2, 2018 at 4:00 p.m. (ET).

**Objection(s)**: Debtors received informal comments from the Committee and the UST.

A. Statement and Reservation of Rights of GSO Capital Partners LP with Respect to Debtors' Application, Pursuant to 11 U.S.C. § 327(e), (I) Authorizing the Employment and Retention of Dentons US LLP as Special Overseas Coordinating Counsel, *Nunc Pro Tunc* to the Petition Date; (II) Authorizing the Employment of Certain Foreign Insolvency Counsel Under Local Rule 2014-1(c); and (III) Waiving Information Requirements of Local Rule 2016-2(c)-(e) (Filed 7/2/18; Docket No. 370).

**Related Document(s)**:

A. Certification of Counsel Regarding Revised Order with Respect to Debtors' Application, Pursuant to 11 U.S.C. § 327(e), (I) Authorizing the Employment and Retention of Dentons US LLP as Special Overseas Coordinating Counsel, *Nunc Pro Tunc* to the Petition Date; (II) Authorizing the Employment of Certain Foreign Insolvency Counsel Under Local Rule 2014-1(c); and (III) Waiving Information Requirements of Local Rule 2016-2(c)-(e) (Filed 7/3/18; Docket No. 383).

**Status**: A certification of counsel has been filed and submitted to chambers together with a proposed revised order. A hearing is only necessary if the Court has any questions or concerns.

**MATTERS GOING FORWARD:**

3. Application for Entry of an Order (I) Authorizing the Employment and Retention of PricewaterhouseCoopers LLP to Provide Tax Compliance Services Effective *Nunc Pro Tunc* to the Petition Date, (II) Waiving the Time-Keeping Requirements of Local Rule 2016-2, and (III) Granting Related Relief  (Filed 5/21/18; Docket No. 180).

    **Objection Deadline:** June 4, 2018 at 4:00 p.m. (ET).  Extended to June 7, 2018 at Noon (ET) with respect to the UST and the Committee.

    **Objection(s):** Informal comments received from the UST and Committee.

    **Related Document(s**): None.

    **Status:** The parties are working towards a consensual resolution of this matter.  The Debtors intend to either file a certification of counsel with an agreed-upon proposed revised order prior to the hearing or submit an agreed-upon proposed revised order at the hearing

4. Debtors' Motion for Order Extending Time for Debtors to File Bankruptcy Rule 2015.3 Reports (Filed 6/4/18; Docket No. 227).

    **Objection Deadline**:  June 18, 2018 at 4:00 p.m. (ET).

    **Objection:**

    A.   Objection of Koninklijke Philips N.V. to Entry of an Order Extending Time for Debtors to File Bankruptcy Rule 2015.3 Reports (Filed 6/18/18; Docket No. 289).

    **Reply:**

    A.   Debtors' Reply to Objection of Koninklijke Philips N.V. to Debtors' Motion for an Order Extending Time for Debtors to File Bankruptcy Rule 2015.3 Reports (Filed 7/3/18; Docket No. 379).

    **Related Document(s):** None.

    **Status:** This matter will be going forward.

5. Debtors' Motion for Entry of Order Pursuant to Fed. R. Bankr. P. 2004 and Del. Bankr. L.R. 2004-1 Directing Tronical GmbH, Tronical Components GmbH, Tronical Solutions GmbH, and Christopher Adams to Produce Documents and to Appear for Depositions Upon Oral Examination (Filed 6/12/18; Docket No. 276).

    **Objection Deadline**:  June 26, 2018 at 4:00 p.m. (ET).

**Objection(s)**:

A.    Tronical GmbH, Tronical Components GmbH, Tronical Solutions GmbH, and Christopher Adams' Limited Objection to Debtors' Motion for Entry of Order Pursuant to Fed. R. Bankr. P. 2004 and Del. Bankr. L.R. 2004-1 Directing Tronical GmbH, Tronical Components GmbH, Tronical Solutions GmbH, and Christopher Adams to Produce Documents and to Appear for Depositions Upon Oral Examination (Filed 6/26/18; Docket No. 313).

**Reply:**

A.    Objection to Motion of Tronical GmbH, Tronical Components GmbH, Tronical Solutions GmbH, and Christopher Adams for Entry of Order Pursuant to Fed. R. Bankr. P. 2004 and Del. Bankr. L.R. 2004-1 Directing the Debtors to Produce Documents and to Appear for Depositions Upon Oral Examination; and Reply In Further Support of Debtors' Motion for Entry Of Order Pursuant to Fed. R. Bankr. P. 2004 and Del. Bankr. L.R. 2004-1 Directing Tronical GmbH, Tronical Components GmbH, Tronical Solutions and Christopher Adams to Produce Documents and to Appear for Depositions Upon Oral Examination (Filed 7/2/18; Docket No. 368).

**Related Document(s)**: None.

**Status**: This matter will be going forward.

6.    Debtors' Supplemental Motion for an Order Pursuant to 11 U.S.C. §§ 105(a), 363, 507(a), 541, 1107(a) and 1108, and Fed. R. Bankr. P. 6003 and 6004, (I) Authorizing, but not Directing, the Debtors to Pay Certain Additional Amounts on Account of Prepetition Wages, Compensation and Employee Benefits; and (II) Granting other Related Relief (Filed 6/20/18; Docket No. 295).

**Objection Deadline**: July 2, 2018 at 4:00 p.m. (ET).

**Objection(s)**:

A.    Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Supplemental Motion for an Order Pursuant to 11 U.S.C. §§ 105(a), 363, 507(a), 541, 1107(a) and 1108, and Fed. R. Bankr. P. 6003 and 6004, (I) Authorizing, but not Directing, the Debtors to Pay Certain Additional Amounts on Account of Prepetition Wages, Compensation and Employee Benefits; and (II) Granting other Related Relief (Filed 7/2/18; Docket No. 365).

**Related Document(s)**: None.

**Status**: This matter will be going forward.

7. Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain Garden Leave Agreements, and (II) Granting Certain Related Relief (Filed 6/20/18; Docket No. 296).

   **Objection Deadline**: July 2, 2018 at 4:00 p.m. (ET). Extended to July 3, 2018 at 4:00 p.m. (ET) with respect to the UST and the Committee.

   **Objection(s)**:

   A. Objection of the Official Committee of Unsecured Creditors to Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain Garden Leave Agreements, and (III) Granting Certain Related Relief (Filed 7/2/18; Docket No. 366).

   B. The United States Trustee's Objection to the Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain Garden Leave Agreements, and (II) Granting Certain Related Relief (Filed 7/3/18; Docket No. 375).

   **Reply:**

   **A.** Debtors' Omnibus Reply to Objections of (A) the Official Committee of Unsecured Creditors and (B) the United States Trustee to Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain Garden Leave Agreements, and (II) Granting Related Relief (Filed 7/3/18; Docket No. 381).

   **Related Document(s)**: None.

   **Status**: This matter will be going forward.

8. Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases, and (II) Granting Certain Related Relief (Filed 6/20/18; Docket No. 297).

   **Objection Deadline**: July 2, 2018 at 4:00 p.m. (ET).

   **Objection(s)**:

   A. Limited Objection of Somera Road Inc. to the Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases And (II) Granting Certain Related Relief (Filed 7/2/18; Docket No. 364).

   **Reply:**

   A. Debtors' Reply to Limited Objection of Somera Road, Inc. to Second Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and (II) Granting Certain Related Relief (Filed 7/3/18; Docket No. 378).

**Related Document(s)**:  None.

**Status**:  This matter will be going forward.

9. Debtors' Motion for Approval of Inventory Purchase Agreement and Sale of Remaining Inventory of Gibson Innovations USA, Inc. to Buyer Free and Clear of Liens, Claims, Encumbrances and Other Interests (Filed 6/20/18; Docket No. 300).

   **Objection Deadline**:  July 2, 2018 at 4:00 p.m. (ET).  Extended to July 5, 2018 at 12:00 p.m. (ET) with respect to CEVA Logistics.

   **Objection(s)**:  Debtors received informal comments from CEVA Logistics and are in the process of negotiating a proposed revised order.

   **Status**:  The parties are working towards a consensual resolution of this matter.  The Debtors intend to either file a certification of counsel with an agreed-upon proposed revised order prior to the hearing or submit an agreed-upon proposed revised order at the hearing.

10. Motion of Tronical GmbH, Tronical Components GmbH, Tronical Solutions GmbH, and Christopher Adams for Entry of Order Pursuant to Fed. R. Bankr. P. 2004 and Del. Bankr. L.R. 2004-1 Directing the Debtors to Produce Documents and to Appear for Depositions Upon Oral Examination  (Filed 6/25/18; Docket No. 311).

    **Objection Deadline**:  July 2, 2018 at 4:00 p.m. (ET).

    **Objection(s)**:

    A.   Objection to Motion of Tronical GmbH, Tronical Components GmbH, Tronical Solutions GmbH, and Christopher Adams for Entry of Order Pursuant to Fed. R. Bankr. P. 2004 and Del. Bankr. L.R. 2004-1 Directing the Debtors to Produce Documents and to Appear for Depositions Upon Oral Examination; and Reply In Further Support of Debtors' Motion for Entry Of Order Pursuant to Fed. R. Bankr. P. 2004 and Del. Bankr. L.R. 2004-1 Directing Tronical GmbH, Tronical Components GmbH, Tronical Solutions and Christopher Adams to Produce Documents and to Appear for Depositions Upon Oral Examination (Filed 7/2/18; Docket No. 368).

    **Related Document(s)**:  None.

    **Status:**  This matter will be going forward.

11. Motion of Koninlijke Philips N.V. for Entry of an Order Extending the Challenge Period (Filed 6/29/18; Docket No. 333).

    **Objection Deadline**:  July 6, 2018 at 4:00 p.m. (ET).

**Objection(s)**: No objection has been filed as of the time this agenda was filed. Objection deadline is July 6, 2018 at 4:00 p.m. (ET).

**Related Document(s)**:

A. Order Shortening Notice with Respect to the Motion of Koninlijke Philips N.V. for Entry of an Order Extending the Challenge Period (Entered 7/2/18; Docket No. 361).

B. Notice of Hearing on Motion of Koninklijke Philips N.V. for Entry of an Order Extending the Challenge Period (Filed 7/2/18; Docket No. 367).

**Status:** This matter will be going forward.

| | |
|---|---|
| Dated: July 5, 2018<br>Wilmington, Delaware | PEPPER HAMILTON LLP<br><br>/s/ David M. Fournier<br>David M. Fournier (DE 2812)<br>Marcy J. McLaughlin (DE 6184)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>Telephone: (302) 777-6500<br>Email: fournied@pepperlaw.com<br>    mclaughlinm@pepperlaw.com<br><br>- and -<br><br>GOODWIN PROCTER LLP<br>Michael H. Goldstein *(admitted pro hac vice)*<br>Gregory W. Fox *(admitted pro hac vice)*<br>Barry Z. Bazian *(admitted pro hac vice)*<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Tel: (212) 813-8800<br>Email: mgoldstein@goodwinlaw.com<br>    gfox@goodwinlaw.com<br>    bbazian@goodwinlaw.com<br><br>*Counsel for Debtors and Debtors in Possession* |