IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GIBSON BRANDS, INC., *et al.*, | Case No. 18-11025 (CSS) |
| Debtors.[1] | Jointly Administered |
| | **Re: Docket No. 163** |

## NOTICE OF FIRST AMENDED LIST OF ORDINARY COURSE PROFESSIONALS

PLEASE TAKE NOTICE that, in accordance with the *Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Retain and Compensate Professionals Employed in the Ordinary Course of Business Nunc Pro Tunc to the Petition Date* (Docket No. 163) (the "OCP Order"),[2] the above-captioned debtors and debtors in possession (the "Debtors") hereby submit this first amended OCP List. Text bolded in the below chart represents ordinary course professionals and their related information that have been added to the OCP List since entry of the OCP Order.

| Professional | Address | Description of Services |
|---|---|---|
| Baker Mckenzie[3] | Attn: Alexander R. Jampel Legal Counsel - Japanese<br>Ark Hills Sengokuyama Mori Tower, 28th Floor Local Counsel<br>1-9-10 Roppongi, Minato-Ku<br>Tokyo 106-0032, Japan | Legal Counsel – Japanese Local Counsel |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Martha Boyd & Austin Purvis<br>211 Commerce Street, Suite 800<br>Nashville, TN 37201 | Legal Counsel – Litigation Defense |
| Bass Berry Sims, PLC | 150 Third Avenue South, Suite 2800<br>Nashville, TN37201 | Legal Counsel – Employment Counsel |
| Bate & Bate | Attn: David Bate<br>5757 West Century Blvd.<br>7th Floor<br>Los Angeles, CA 90045 | Legal Counsel – Environmental Counsel |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Gibson Brands, Inc. (4520); Cakewalk, Inc. (2455); Consolidated Musical Instruments, LLC (4695); Gibson Café & Gallery, LLC (0434); Gibson International Sales LLC (1754); Gibson Pro Audio Corp. (3042); Neat Audio Acquisition Corp. (3784); Gibson Innovations USA, Inc. (4620); Gibson Holdings, Inc. (8455); Baldwin Piano, Inc. (0371); Wurlitzer Corp. (0031); and Gibson Europe B.V. (Foreign). The Debtors' corporate headquarters is located at 309 Plus Park Blvd., Nashville, TN 37217.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the OCP Order.

[3] This professional's OCP Affidavit was filed and served on June 11, 2018. *See* Docket Nos. 263 and 281.

| Dentons[4] | Attn: Todd Laio<br>5th Floor The Center<br>989 Changle Road<br>Shanghai 200031 China | Legal Counsel – Chinese Local Counsel |
|---|---|---|
| Dunham Hildebrand PLLC[5] | Attn: Griffin S. Dunham, R. Alex Payne<br>1704 Charlotte Avenue – Suite 105<br>Nashville, TN 37203 | Legal Counsel – IP Litigation |
| Ernst & Young US LLP | Attn: Jost Funke<br>201 S Biscayne Blvd #3000<br>Miami, FL 33131 | Tax Services |
| Ferry Joseph, P.A.[6] | Attn: Rick S. Miller<br>824 Market St., Suite 1000<br>P.O. Box 1351<br>Wilmington, DE 19899 | Legal Counsel – IP Counsel |
| Hogan Lovells LLP<br>▪ **Hogan Lovells International LLP**[7] | Attn: Anthonia Ghalamkarizadeh<br>Alstertor 21<br>Hamberg, 20095<br>Germany | Legal Counsel – Europe IP, **Contract and Commercial** Counsel |
| ▪ **Hogan Lovells Alicante, SL&Cia, S.C**[8] | **Avenida Maisonnave n° 22<br>03003 Alicante, Spain** | **Legal Counsel – Europe Trademark Counsel** |
| Lattimore Black Morgan & Cain, PC | 201 Franklin Road<br>Brentwood, TN 37027 | Tax Services |
| Riley Warnock & Jacobson, PLC[9] | Attn: Tim Harvey<br>1906 West End Avenue<br>Nashville, TN 37203 | Legal Counsel – Local Litigation Counsel |
| Sobro Law Group, PLLC[10] | Attn: Adam G. Lafevor<br>513 3rd Avenue South<br>Nashville, TN 37210 | Legal Counsel – Local Litigation Counsel |
| Webb Sanders, PLLC[11] | Lymari Cromwell<br>Cummins Station<br>209 10th Avenue S Suite 505<br>Nashville, TN 37203 | Legal Counsel – Labor and Employment Counsel |
| **Thompson Hine, LLP**[12] | **312 Walnut Street, Suite 1400<br>Cincinnati, Ohio 45202** | **Legal Counsel – ERISA and Employee Benefits Counsel** |

---

[4] Dentons has been retained pursuant to a separate application and order. *See* Docket Nos. 294 and 402.
[5] This professional's OCP Affidavit was filed and served on May 31, 2018. *See* Docket Nos. 223 and 229.
[6] This professional's OCP Affidavit was filed and served on June 20, 2018. *See* Docket Nos. 293 and 314.
[7] This professional's OCP Affidavit was filed and served on June 15, 2018. *See* Docket Nos. 286 and 298.
[8] This professional's OCP Affidavit was filed and served on June 15, 2018. *See* Docket Nos. 285 and 298.
[9] This professional's OCP Affidavit was filed and served on June 1, 2018. *See* Docket Nos. 224 and 232.
[10] This professional's OCP Affidavit was filed and served on May 21, 2018. *See* Docket Nos. 182 and 213.
[11] This professional's OCP Affidavit was filed and served on June 20, 2018. *See* Docket Nos. 292 and 314.
[12] This professional's OCP Affidavit was filed and served on June 11, 2018. *See* Docket Nos. 271 and 281.

ACTIVE/96005295.2

-3-

| **Bedell & Forman LLP**[13] | 30 Wall Street, 8th Floor<br>New York, New York 10005 | **Legal Counsel – Sale of Interest in Club Unit 929** |
|---|---|---|
| **Great American Group Advisory & Valuation Services, LLC**[14] | 21255 Burbank Blvd, Suite 400,<br>Woodland Hills, CA 91367 | **Asset Appraisal Services** |

Dated: July 12, 2018
Wilmington, Delaware

PEPPER HAMILTON LLP

_/s/ Marcy J. McLaughlin_
David M. Fournier (DE 2812)
Marcy J. McLaughlin (DE 6184)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Email: fournierd@pepperlaw.com
      mclaughlinm@pepperlaw.com

- and -

GOODWIN PROCTER LLP
Michael H. Goldstein (admitted _pro hac vice_)
Gregory W. Fox (admitted _pro hac vice_)
Barry Z. Bazian (admitted _pro hac vice_)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 813-8800
Email: mgoldstein@goodwinlaw.com
      gfox@goodwinlaw.com
      bbazian@goodwinlaw.com

_Counsel for Debtors and Debtors in Possession_

---

[13] This professional's OCP Affidavit was filed and served on June 28, 2018.  _See_ Docket Nos. 324 and 377.
[14] This professional's OCP Affidavit was filed and served on June 29, 2018.  _See_ Docket Nos. 335 and 391.