## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
                                              :
In re:                                        :    Chapter 11
                                              :
GIBSON BRANDS, INC., et al.,¹                 :    Case No. 18-11025 (CSS)
                                              :
                                  Debtors.    :    (Jointly Administered)
                                              :
------------------------------------------------------------ x
```

Note: The superscript "1" in "et al.,¹" refers to footnote [1].

### AFFIDAVIT OF SERVICE

I, Gerhald R. Pasabangi, depose and say that I am employed by Prime Clerk LLC ("**_Prime Clerk_**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 9, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Second Omnibus Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and (II) Granting Certain Related Relief [Docket No. 407]

- Order Approving Inventory Purchase Agreement among the Debtors and the Buyer for Sale of Remaining Inventory of Gibson Innovations USA, Inc. to Buyer Free and Clear of Liens, Claims, Encumbrances and Other Interests and Granting Related Relief [Docket No. 408]

- Order (I) Authorizing the Employment and Retention of PricewaterhouseCoopers LLP to Provide Tax Compliance Services effective _nunc pro tunc_ to the Petition Date, (II) Waiving the Time-Keeping Requirements of Local Rule 2016-2 and (III) Granting Related Relief [Docket No. 409]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Gibson Brands, Inc. (4520); Cakewalk, Inc. (2455); Consolidated Musical Instruments, LLC (4695); Gibson Café & Gallery, LLC (0434); Gibson International Sales LLC (1754); Gibson Pro Audio Corp. (3042), Neat Audio Acquisition Corp. (3784); Gibson Innovations USA, Inc. (4620); Gibson Holdings, Inc. (8455); Baldwin Piano, Inc. (0371); Wurlitzer Corp. (0031); and Gibson Europe B.V. (Foreign). The Debtors' corporate headquarters is located at 309 Plus Park Blvd., Nashville, TN 37217.

- Order Extending Time for Debtors to File Their Bankruptcy Rule 2015.3 Reports [Docket No. 410]

On July 9, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Rejected Parties Service List attached hereto as **Exhibit B**:

- Second Omnibus Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and (II) Granting Certain Related Relief [Docket No. 407]

On July 9, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Sales Parties Service List attached hereto as **Exhibit C**:

- Order Approving Inventory Purchase Agreement among the Debtors and the Buyer for Sale of Remaining Inventory of Gibson Innovations USA, Inc. to Buyer Free and Clear of Liens, Claims, Encumbrances and Other Interests and Granting Related Relief [Docket No. 408]

Dated: July 12, 2018

_____
Gerhald R. Pasabangi

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 12, 2018, by Gerhald R. Pasabangi, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20__18

SRF 26104

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to DIP Agent, Cortland Capital Market Services LLC | Arnold & Porter Kaye Scholer LLP | Attn: D. Tyler Nurnberg, Sarah Gryll<br>70 West Madison Street<br>Suite 4200<br>Chicago IL 60602 | tyler.nurnberg@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>steven.fruchter@arnoldporter.com | First Class Mail and Email |
| Counsel to the Ad Hoc Minority Noteholders Committee | Ashby & Geddes, P.A. | Attn: William P. Bowden, Esq.<br>500 Delaware Avenue<br>8th Floor<br>Wilmington DE 19801 | wbowden@ashbygeddes.com | Email |
| Counsel to STORE Master Funding, VI, LLC and Tower Records Square, LLC | Ballard Spahr LLP | Attn: Craig S. Ganz, Esquire, Michael S. Myers, Esquire<br>1 East Washington Street<br>Suite 2300<br>Phoenix AZ 85004-2555 | ganzc@ballardspahr.com<br>myersms@ballardspahr.com | Email |
| Counsel to STORE Master Funding, VI, LLC and Tower Records Square, LLC | Ballard Spahr LLP | Attn: Leslie C. Heilman, Esquire, Laurel D. Roglen, Esquire, Chantelle D. McClamb, Esquire<br>919 N. Market Street, 11th Floor<br>Wilmington DE 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>mcclambc@ballardspahr.com | Email |
| Counsel to the Ad Hoc Minority Noteholders Committee | Brown Rudnick LLP | Attn: Robert J. Stark, Esq.<br>Seven Times Square<br>New York NY 10036 | rstark@brownrudnick.com | Email |
| Counsel to the Ad Hoc Minority Noteholders Committee | Brown Rudnick LLP | Attn: Steven B. Levine, Esq., Brian T. Rice<br>One Financial Center<br>Boston MA 02111 | slevine@brownrudnick.com<br>brice@brownrudnick.com | Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N. French Street<br>Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>P.O. Box 898<br>Dover  DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Department<br>820 Silver Lake Boulevard, Suite 100<br>Dover  DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn: Bankruptcy Department<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | | First Class Mail |
| Counsel to GSO Capital Partners LP | Fox Rothschild LLP | Attn: Jeffrey M. Schlerf, Carl D. Neff, Margaret M. Manning<br>919 North Market Street<br>Suite 300<br>Wilmington DE 19801 | jschlerf@foxrothschild.com<br>cneff@foxrothschild.com<br>mmanning@foxrothschild.com | First Class Mail and Email |
| Fee Examiner | Goldstein & McClintock LLLP | Attn: Maria Aprile Sawczuk<br>501 Silverside Road<br>Suite 65<br>Wilmington DE 19809 | marias@restructuringshop.com | First Class Mail and Email |
| Proposed Counsel for Debtors and Debtors in Possession | Goodwin Procter LLP | Attn: Michael H. Goldstein, Gregory W. Fox, Barry Z. Bazian<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018-1405 | mgoldstein@goodwinlaw.com<br>gfox@goodwinlaw.com<br>bbazian@goodwinlaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Cim Urban Reit Properties IX, LP | Higier Allen & Lautin, P.C. | Attn: Jason T. Rodriguez, Esq.<br>The Tower at Cityplace<br>2711 N. Haskell Ave., Suite 2400<br>Dallas TX 75204 | jrodriguez@higierallen.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Official Committee of Unsecured Creditors | Landis Rath & Cobb LLP | Attn: Adam G. Landis, Esq., Matthew B. McGuire, Esq., Matthew R. Pierce, Esq.<br>919 Market Street<br>Suite 1800<br>Wilmington DE 19801 | landis@lrclaw.com<br>mcguire@lrclaw.com<br>pierce@lrclaw.com | First Class Mail and Email |
| Counsel to PT Samick Indonesia and Samick Musical Instruments Co., Ltd. | Lee Anav Chung White Kim Ruger & Richter LLP | Attn: Harry Kim, Hansin (Scott) Kim<br>520 S Grand Avenue, Suite 1070<br>Los Angeles CA 90071 | harrykim@lacwkrr.com<br>hskim@lacwkrr.com | Email |
| Counsel to Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Jeffrey Cohen, Esq., Kenneth A. Rosen, Esq., Wojciech F. Jung, Esq., Keara Waldron, Esq.<br>1251 Avenue of the Americas<br>New York NY 10020 | jcohen@lowenstein.com<br>krosen@lowenstein.com<br>wjung@lowenstein.com<br>kwaldron@lowenstein.com | First Class Mail and Email |
| Counsel to Pacific Rim Tonewoods, Inc. | Miller Nash Graham & Dunn LLP | Attn: John R. Knapp, Jr.<br>2801 Alaskan Way, Suite 300<br>Pier 70<br>Seattle WA 98121 | john.knapp@millernash.com | Email |
| Counsel to Hudson Consourse, LLC | Montee & Associates | Attn: Kevin P. Montee<br>1250-I Newell Ave.<br>Suite 149<br>Walnut Creek CA 94596 | | First Class Mail |
| Counsel to Wilmington Trust, National Association in its capacity as successor trustee and collateral agent to the 8.875% Senior Secured Notes due 2018 | Morris James LLP | Attn: Eric J. Monzo, Esquire<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington DE 19899-2306 | emonzo@morrisjames.com | First Class Mail and Email |
| Counsel to Koninklijke Philips N.V. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C. Abbott<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington DE 19899-1347 | dabbott@mnat.com | First Class Mail and Email |
| Counsel to the Commonwealth of Pennsylvania, Department of Revenue | Office of Attorney General | Attn: Carol E. Momjian<br>The Phoenix Building<br>1600 Arch Street, Suite 300<br>Philadelphia PA 19103 | cmomjian@attorneygeneral.gov | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Linda Casey<br>844 King Stret, Suite 2207<br>Wilmington DE 19801 | Linda.Casey@usdoj.gov | First Class Mail and Email |
| Counsel to the Ad Hoc Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Brian S. Hermann, Esq., Robert Britton, Esq., Adam Denhoff, Esq., Kellie Cairns, Esq.<br>1285 Avenue of the Americas<br>New York NY 10019 | bhermann@paulweiss.com<br>rbritton@paulweiss.com<br>adenhoff@paulweiss.com<br>kcairns@paulweiss.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Proposed Counsel for Debtors and Debtors in Possession | Pepper Hamilton LLP | Attn: David M. Fournier, David B. Stratton<br>Hercules Plaza, Suite 5100<br>1313 Market Street, P.O. Box 1709<br>Wilmington DE 19899-1709 | fournied@pepperlaw.com<br>strattond@pepperlaw.com | Email |
| Counsel to Wilmington Trust, National Association in its capacity as successor trustee and collateral agent to the 8.875% Senior Secured Notes due 2018 | Pryor Cashman LLP | Attn: Seth H. Lieberman, Esquire, Patrick Sibley, Esquire, Marie Hofsdal, Esquire<br>7 Times Square<br>New York NY 10036 | slieberman@pryorcashman.com<br>psibley@pryorcashman.com<br>mhofsdal@pryorcashman.com | First Class Mail and Email |
| Counsel to Brunk Industries, Inc. | Reinhart Boerner Van Deuren S.C | Attn: L. Katie Mason, Esq.<br>1000 North Water Street<br>Suite 1700<br>Milwaukee WI 53202 | kmason@reinhartlaw.com | Email |
| Counsel to Moody's Investors Service, Inc. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Pamela A. Bosswick<br>230 Park Avenue<br>New York NY 10169 | cbelmonte@ssbb.com<br>pbosswick@ssbb.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Boulvard, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| Counsel to the Indenture Trustee | Shipman & Goodwin LLP | Attn: Marie C. Pollio<br>One Constitution Plaza<br>Hartford CT 06103-1919 | mpollio@goodwin.com | First Class Mail and Email |
| Counsel to Koninklijke Philips N.V. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg<br>125 Broad Street<br>New York NY 10004-2498 | dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>zylberbergd@sullcrom.com | First Class Mail and Email |
| Counsel to Travis County | Travis County | Attn: David Escamilla, Kay D. Brock<br>P.O. Box 1748<br>Austin TX 78767 | kay.brock@traviscountytx.gov | First Class Mail and Email |
| Counsel to FP Park Investors, L.L.C. and HP Park Investors, L.L.C. | Tune, Entrekin & White, P.C. | Attn: Joseph P. Rusnak<br>UBS Tower, Suite 1700<br>315 Deaderick Street<br>Nashville TN 37238 | Jrusnak@tewlawfirm.com | Email |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights<br>1007 Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| Counsel to GSO Capital Partners LP | White & Case LLP | Attn: J. Christopher Shore, Andrew T. Zatz<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | cshore@whitecase.com<br>azatz@whitecase.com | First Class Mail and Email |
| Counsel to GSO Capital Partners LP | White & Case LLP | Attn: Richard S. Kebrdle<br>Southeast Financial Center<br>200 S. Biscayne Boulevard, Suite 4900<br>Miami FL 33131 | rkebrdle@whitecase.com | First Class Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Tronical GmbH | Whiteford, Taylor & Preston LLC | Attn: L. Katherin Good, Aaron H. Stulman<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington DE 19801 | kgood@wtplaw.com<br>astulman@wtplaw.com | Email |
| Counsel to Prepetition ABL Agent | Winston & Strawn LLP | Attn: Christina M. Wheaton, Jason E. Bennett<br>300 South Tryon Street, 16th Floor<br>Charlotte NC 28202 | cwheaton@winston.com<br>jbennett@winston.com | First Class Mail and Email |
| Counsel to the Ad Hoc Group, the DIP Agent, Cortland Capital Market Services LLC | Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan, Esq., Sean T. Greecher, Esq., Andrew L. Magaziner, Esq., Betsy L. Feldman, Esq.<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | pmorgan@ycst.com<br>sgreecher@ycst.com<br>amagaziner@ycst.com<br>bfeldman@ycst.com | Email |

**<u>Exhibit B</u>**

Exhibit B
Rejected Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| Couzens Hall Advisors LLC | Attn: Michael Fralin Esq | 105 East 34th Street, Suite 154 | New York | NY | 10016 |
| CVS Pharmacy Inc | Attn: Thomas S Moffatt | 1 CVS Drive | Woonsocket | RI | 02895 |
| Gullet Sanford Robinson & Martin | Attn: J Denton S Locker M McFarland | 150 Third Ave South Suite 1700 | Nashville | TN | 37201 |
| Somera Road Inc | Attn: Ian Ross | 12 East 49th Street 11th Floor | New York | NY | 10017 |
| Somera Road Inc | 130 W 42nd Street 10th Floor | | New York | NY | 10036 |

## Exhibit C

Exhibit C
Sales Parties Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 6735168 | 1 WORLDSYNC, INC. | DEPARTMENT 781341 | P.O. BOX 78000 | | DETROIT | MI | 48278-1341 | |
| 6735169 | A&D ELECTRONICS LLC | Attn: President or General Counsel | 775 RIVERA ST | | | RIVERSIDE | CA | 92501 |
| 6735170 | A2BF INC | Attn: President or General Counsel | 150 STEWART PARKWAY | | | GREENSBORO | GA | 30642 |
| 6735171 | AARONS INC | Attn: President or General Counsel | 400 Galleria Parkway SE | Suite 300 | | ATLANTA | GA | 30339 |
| 6735172 | AFA SALES LLC | Attn: President or General Counsel | 295 BUCK ROAD | | | HOLLAND | PA | 18966 |
| 6735173 | ARMOR PACKAGING CORPORATION | Attn: President or General Counsel | 1460 Lakes Parkway | | | Lawrenceville | ga | 30043 |
| 6735239 | BAZAARVOICE INC | Attn: President or General Counsel | 10901 Stonelake Blvd | | | AUSTIN | TX | 78759 |
| 6735240 | BIG TECH CLI | Attn: President or General Counsel | 5990 14th Ave | | | Markham | ON | L3S 4M4 | CANADA |
| 6735241 | BOW WEEVIL ENTERPRISES LL | Attn: President or General Counsel | 1602 17th Avenue South | | | Nashville | TN | 37212 |
| 6735242 | CAPTAIN VENDING CV COFF | Attn: President or General Counsel | 471 N Sessions St NW | | | Marietta | GA | 30060 |
| 6735243 | CBS INTERACTIVE | Attn: President or General Counsel | 24670 NETWORK PLACE | | | CHICAGO | IL | 60673-1246 |
| 6735244 | CEVA LOGISTICS US INC | Attn: Legal Department | 15350 Vickery Drive | | | HOUSTON | TX | 77032 |
| 6735233 | CONSUMER TESTING LABORATORIES INC | Attn: President or General Counsel | 2601 SE Otis Corley Dr | | | Bentonville | AR | 72712 |
| 6735121 | CVS Pharmacy Inc | Attn: Michael McEnany | One CVS Drive | | | Woonsocket | RI | 02895 |
| 6735234 | CYBERSOURCE CORPORATION | PO BOX 742842 | | | | LOS ANGELES | CA | 90074-2842 |
| 6735235 | D&S INTERNATIONAL TRADING INC | Attn: President or General Counsel | 6140 VARIEL AVENUE | | | WOODLAND HILLS | CA | 91367 |
| 6735236 | DALE W LUENGEN | 7370 SERENITY PLACE | | | | CUMMING | GA | 30041 |
| 6735237 | DARKO INC | Attn: President or General Counsel | 2026 SUMMIT COMMERCE PARK | | | TWINSBURG | OH | 44087 |
| 6735238 | DUNN AND RICE DESIGN INC | Attn: President or General Counsel | 16 North Goodman Street   Suite 100 | | | ROCHESTER | NY | 14607 |
| 6735230 | E WORLD RECYCLERS LLC | Attn: President or General Counsel | 1390 ENGINEER STREET | | | VISTA | CA | 92081 |
| 6735227 | ENCOMPASS SUPPLY CHAIN SO | Attn: President or General Counsel | 775 Tipton Industrial Dr | Suite F | | Lawrenceville | GA | 30046 |
| 6735228 | ESTES | P.O. BOX 25612 | | | | RICHMOND | VA | 23260-5612 |
| 6735229 | EVOLVE TELE SERVICES INC | Attn: President or General Counsel | 2859 Eyde Parkway | | | East Lansing | MI | 48823 |
| 6735231 | EXPEDITORS TRADEWIN LLC | Attn: President or General Counsel | 3 Technology Drive | | | Peabody | MA | 1960 |
| 6735232 | FEDEX | Attn: President or General Counsel | 2200 FORWARD DR | | | HARRISON | AR | 72602-0840 |
| 6735221 | FOLGER PATNERS LP | CO CROSSLEY JERNIGAN & ELLISON | 3820 MANSELL ROAD | SUITE 350 | | ALPHARETTA | GA | 30022 |
| 6735108 | Gibson Innovations Limited | Attn: General Counsel | 5F Philips Electronics Bldg | 5 Science Park East Avenue | | Shatub | NT | | Hong Kong |
| 6735222 | GRIFFIN INTERNATIONAL COM | Attn: President or General Counsel | 46420 Continental Dr | | | Chesterfield | MI | 48047 |
| 6735223 | HARBOR INDUSTRIES INC | Attn: President or General Counsel | 14130 172ND AVE | | | GRAND HAVEN | MI | 49417 |
| 6735224 | HAVAS EDGE LLC | Attn: President or General Counsel | 2386 FARADAY AVE | | | CARLSBAD | CA | 92008 |
| 6735225 | HYUNDAI MERCHANT MARINE CO LTD | Attn: President or General Counsel | 1755 WITTINGTON PLACE | SUITE 300 | | FARMERS BRANCH | TX | 75234 |
| 6735226 | IBM CHINAHONG KONG LIMIT | Attn: President or General Counsel | 10F PCCW Tower | 979 Kings Road Quarry Bay | | Hong Kong | | | Hong Kong |
| 6735215 | IMPACT RETAIL ACOSTA IN | Attn: President or General Counsel | 6600 Corporate Center Parkway | | | Jacksonville | FL | 32216 |
| 6735216 | INCOMM PRODUCTS CONTROL | Attn: President or General Counsel | 11121 WILLOWS ROAD NE | SUITE 200 | | REDMOND | WA | 98052 |
| 6735217 | INFO RETAIL INC DBA | Attn: President or General Counsel | 120 Interstate North Parkway Se 226 | | | Atlanta | GA | 30339 |
| 6735218 | INFONTE LLC | Attn: President or General Counsel | 328 S REDONDO AVENUE | | | MANHATTAN BEACH | CA | 90266 |
| 6735220 | JAY YOUNG ELECTRIC INC | Attn: President or General Counsel | 7784 Belton Bridge Road | | | Lula | GA | 30554 |
| 6735209 | JUPITER PRESTIGE GROUP NO | Attn: President or General Counsel | 17F Yen Sheng Centre | 64 Hoi Yuen Road Kwun Tong | | Kowloon | | | Hong Kong |
| 6735210 | LIVINGSTON INTERNATIONAL | P.O. BOX 5640 | TERMINAL A | | | TORONTO | ON | M5W 1P1 | CANADA |
| 6735211 | LOOK LISTEN CREATIVE LLC | Attn: President or General Counsel | 14995 NORTHSIDE DRIVE | SUITE A | | ATLANTA | GA | 30318-4200 |
| 6735212 | M2 MARKETING AND MANAGEMENT | Attn: President or General Counsel | 200 North Tustin Avenue | 200 | | Santa Ana | CA | 92705 |
| 6735213 | MELSA MEDIA INC | Attn: President or General Counsel | 194 Robinson St | | | Oakville | ON | L6J 1G3 | CANADA |
| 6735214 | MILLER GRAPHICS INC | Attn: President or General Counsel | Ahlmarkshuset | Södra Kyrkogatan 6 | | Karlstad | | 652 24 | Sweden |
| 6735203 | MILNER, INC | P.O. BOX 923197 | | | | NORCROSS | GA | 30010-3197 |
| 6735204 | MMCC SOLUTIONS CANADA CO | Attn: Dean Duncan | 5295 Commerce Dr | Suite 600 | | MURRAY | UT | 84107 |
| 6735098 | MMCC Solutions Canada Company | Attn: General Counsel | 300 The East Mall | | | Toronto | ON | M9B 6B7 | CANADA |
| 6735205 | MORE ON SIMPLICITY SL | Attn: President or General Counsel | Calle Anglesola 34   LOC | | | Barcelona | | 08014 | Spain |
| 6459045 | NAGASHIMA HASHIMOTO & YASUKUNI | Attn: President or General Counsel | HIRAKAWA CHO KS BLDG 2ND FLOOR | 2 4 14 HIRAKAWA CHO CHIYODA KU | | TOKYO | | 201-0093 | Japan |
| 6459046 | NAGASHIMA HASHIMOTO & YASUKUNI | Attn: President or General Counsel | 12005 SUNRISE VALLEY DRIVE | SUITE 203 | | RESTON | VA | 20191 |
| 6735206 | NEOGRID NORTH AMERICA LLC | Attn: President or General Counsel | 55 W MONROE | SUITE 3590 | | CHICAGO | IL | 60603 |
| 6735207 | NFORMATION RESOURCES INC | Attn: President or General Counsel | 150 N CLINTON STREET | | | CHICAGO | IL | 60661-1416 |

Exhibit C
Sales Parties Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 6735208 | NPD INTELECT LLC | Attn: President or General Counsel | 900 WEST SHORE ROAD | | PORT WASHINGTON | NY | 11050 | |
| 6735197 | P&F USA INC | Attn: President or General Counsel | 3015 WINDWARD PLAZA | | ALPHARETTA | GA | 30005 | |
| 6735198 | PANALPINA GULF LLC | Attn: President or General Counsel | Office 124 Block D Freight Gate 5 | Dnata Bldg Dubai Airport Freezone | Dubai | | | United Arab Emirates |
| 6735199 | PHILIPS ELECTRONICS NA CORPORATION | PO BOX 741301 | | | ATLANTA | GA | 30384-1301 | |
| 6735200 | POLLACK POLLACK ISAAC & DELCICCO | Attn: President or General Counsel | 225 BROADWAY | SUITE 307 | NEW YORK | NY | 10007 | |
| 6735201 | PRICEWATERHOUSE COOPERS LLP | Attn: President or General Counsel | 300 Madison Avenue | 24th Floor | New York | NY | 10017 | |
| 6735202 | QUEST MEDIA & SUPPLIES INC | Attn: President or General Counsel | 5822 Roseville Road | | Sacramento | CA | 95842-3071 | |
| 6735191 | REGUS MANAGEMENT GROUP LLC | Attn: President or General Counsel | 15305 DALLAS PARKWAY | SUITE 400 | ADDISON | TX | 75001 | |
| 6459037 | RILEY WARNOCK & JACOBSON PLC | Attn: TIM HARVEY | 1906 WEST END AVENUE | | NASHVILLE | TN | 37203 | |
| 6735193 | RSR PARTNERS LLC | Attn: President or General Counsel | 280 Park Avenue | 5th Floor West | New York | NY | 10017 | |
| 6735194 | RYDER CARRIER MANAGEMENT | Attn: President or General Counsel | 25300 GLOBE STREET | | MORENO VALLEY | CA | 92551 | |
| 6735195 | S & H REPRESENTATIVES INC | Attn: President or General Counsel | 5 Strathmore Road | | Natick | MA | 01760-2418 | |
| 6735196 | SCRIPT TO SCREEN PRODUCTION | Attn: President or General Counsel | 200 North Tustin Avenue Suite 200 | | Santa Ana | CA | 92705 | |
| 6735185 | SERVICEPOWER INC | Attn: President or General Counsel | 1650 TYSONS BLVD | SUITE 925 | MCLEAN | VA | 22102 | |
| 6735117 | ServicePower Inc | Attn: General Counsel | 8180 Greensboro Drive | Suite 600 | McLean | VA | 22102 | |
| 6735186 | STAPLES ADVANTAGE | Attn: President or General Counsel | 500 Staples Drive | | Framingham | MA | 01702 | |
| 6735187 | SYMANTEC LIMITED | Attn: President or General Counsel | 350 Ellis Street | | Mountain View | CA | 94043 | |
| 6735188 | SYNSOR CORPORATION | Attn: President or General Counsel | 1920 MERRIL CREEK PARKWAY | | EVERETT | WA | 98203-5859 | |
| 6735189 | SZABO ASSOCIATES INC | Attn: President or General Counsel | 3355 LENOX ROAD NE | SUITE 945 | ATLANTA | GA | 30326-1332 | |
| 6735190 | THE INSITE GROUP LLC | Attn: ACCOUNTS RECEIVABLE | 7675 OAK RIDGE HIGHWAY | | KNOXVILLE | TN | 37931 | |
| 6735179 | TRANSPORTATION SPECIALIST | TSG SPECIALIZED SERVICES DIVISION | 350 TOWN CENTER AVE | SUITE 201 | SUWANEE | GA | 30024 | |
| 6735180 | TYCO FIRE AND SECURITY U | Attn: President or General Counsel | 5757 N Green Bay Ave | PO Box 591 | Milwaukee | WI | 53201 | |
| 6735181 | UCF LAS VEGAS | Attn: President or General Counsel | 10205 PAINTER AVE | | SANTE FE SPRINGS | CA | 90607 | |
| 6735182 | UNITED PARCEL SERVICE | Attn: President or General Counsel | 55 Glenlake Parkway NE | | Atlanta | GA | 30328 | |
| 6735183 | UPS Freight | P.O. BOX 650690 | | | DALLAS | TX | 75265-0690 | |
| 6735184 | US CUSTOMS AND BORDER PROTECTION | Attn: President or General Counsel | 1300 Pennsylvania Ave NW | | Washington | DC | 20229 | |
| 6735174 | VANGUARD PACKAGING INC | Attn: President or General Counsel | 8800 Northeast Underground Drive | Pillar 255e | Kansas City | MOS | 64161 | |
| 6735175 | VONAGE BUSINESS | PO BOX 392415 | | | PITTSBURGH | PA | 15251-9415 | |
| 6735176 | WELLS FARGO VENDOR FIN SE | P.O. BOX 105710 | | | ATLANTA | GA | 30348-5710 | |
| 6735177 | WESTERMAN AND ASSOCIATES | Attn: President or General Counsel | 2578 Belcastro street Suite 103 | | Las Vegas | NV | 89117 | |
| 6735178 | WESTROCK CONVERTING COMPANY | P.O. BOX 409813 | | | ATLANTA | GA | 30384-9813 | |