**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
:
In re:                              :      Chapter 11
:
GIBSON BRANDS, INC., *et al.*,[1]   :      Case No. 18-11025 (CSS)
:
                    Debtors.        :      (Jointly Administered)
:
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Gerhald R. Pasabangi, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 10, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Order (Denying Omnibus Motion to (I) Authorize the Debtors to Assume Certain Garden Leave Agreements, and (II) Grant Certain Related Relief) [Docket No. 413]

On July 10, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fee Application Notice Parties Service List attached hereto as **Exhibit B**:

- First Monthly Application of Pepper Hamilton LLP as Restructuring Co-Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2018 through and including May 31, 2018 [Docket No. 416]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Gibson Brands, Inc. (4520); Cakewalk, Inc. (2455); Consolidated Musical Instruments, LLC (4695); Gibson Café & Gallery, LLC (0434); Gibson International Sales LLC (1754); Gibson Pro Audio Corp. (3042), Neat Audio Acquisition Corp. (3784); Gibson Innovations USA, Inc. (4620); Gibson Holdings, Inc. (8455); Baldwin Piano, Inc. (0371); Wurlitzer Corp. (0031); and Gibson Europe B.V. (Foreign). The Debtors' corporate headquarters is located at 309 Plus Park Blvd., Nashville, TN 37217.

Dated: July 13, 2018

_____
Gerhald R. Pasabangi

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 13, 2018, by Gerhald R. Pasabangi, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20_18_

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to DIP Agent, Cortland Capital Market Services LLC | Arnold & Porter Kaye Scholer LLP | Attn: D. Tyler Nurnberg, Sarah Gryll<br>70 West Madison Street<br>Suite 4200<br>Chicago IL 60602 | tyler.nurnberg@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>steven.fruchter@arnoldporter.com | First Class Mail and Email |
| Counsel to the Ad Hoc Minority Noteholders Committee | Ashby & Geddes, P.A. | Attn: William P. Bowden, Esq.<br>500 Delaware Avenue<br>8th Floor<br>Wilmington DE 19801 | wbowden@ashbygeddes.com | Email |
| Counsel to STORE Master Funding, VI, LLC and Tower Records Square, LLC | Ballard Spahr LLP | Attn: Craig S. Ganz, Esquire, Michael S. Myers, Esquire<br>1 East Washington Street<br>Suite 2300<br>Phoenix AZ 85004-2555 | ganzc@ballardspahr.com<br>myersms@ballardspahr.com | Email |
| Counsel to STORE Master Funding, VI, LLC and Tower Records Square, LLC | Ballard Spahr LLP | Attn: Leslie C. Heilman, Esquire, Laurel D. Roglen, Esquire, Chantelle D. McClamb, Esquire<br>919 N. Market Street, 11th Floor<br>Wilmington DE 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>mcclambc@ballardspahr.com | Email |
| Counsel to the Ad Hoc Minority Noteholders Committee | Brown Rudnick LLP | Attn: Robert J. Stark, Esq.<br>Seven Times Square<br>New York NY 10036 | rstark@brownrudnick.com | Email |
| Counsel to the Ad Hoc Minority Noteholders Committee | Brown Rudnick LLP | Attn: Steven B. Levine, Esq., Brian T. Rice<br>One Financial Center<br>Boston MA 02111 | slevine@brownrudnick.com<br>brice@brownrudnick.com | Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N. French Street<br>Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>P.O. Box 898<br>Dover DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Department<br>820 Silver Lake Boulevard, Suite 100<br>Dover DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn: Bankruptcy Department<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | | First Class Mail |
| Counsel to GSO Capital Partners LP | Fox Rothschild LLP | Attn: Jeffrey M. Schlerf, Carl D. Neff, Margaret M. Manning<br>919 North Market Street<br>Suite 300<br>Wilmington DE 19801 | jschlerf@foxrothschild.com<br>cneff@foxrothschild.com<br>mmanning@foxrothschild.com | First Class Mail and Email |
| Fee Examiner | Goldstein & McClintock LLLP | Attn: Maria Aprile Sawczuk<br>501 Silverside Road<br>Suite 65<br>Wilmington DE 19809 | marias@restructuringshop.com | First Class Mail and Email |
| Proposed Counsel for Debtors and Debtors in Possession | Goodwin Procter LLP | Attn: Michael H. Goldstein, Gregory W. Fox, Barry Z. Bazian<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018-1405 | mgoldstein@goodwinlaw.com<br>gfox@goodwinlaw.com<br>bbazian@goodwinlaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Cim Urban Reit Properties IX, LP | Higier Allen & Lautin, P.C. | Attn: Jason T. Rodriguez, Esq.<br>The Tower at Cityplace<br>2711 N. Haskell Ave., Suite 2400<br>Dallas TX 75204 | jrodriguez@higierallen.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Official Committee of Unsecured Creditors | Landis Rath & Cobb LLP | Attn: Adam G. Landis, Esq., Matthew B. McGuire, Esq., Matthew R. Pierce, Esq.<br>919 Market Street<br>Suite 1800<br>Wilmington DE 19801 | landis@lrclaw.com<br>mcguire@lrclaw.com<br>pierce@lrclaw.com | First Class Mail and Email |
| Counsel to PT Samick Indonesia and Samick Musical Instruments Co., Ltd. | Lee Anav Chung White Kim Ruger & Richter LLP | Attn: Harry Kim, Hansin (Scott) Kim<br>520 S Grand Avenue, Suite 1070<br>Los Angeles CA 90071 | harrykim@lacwkrr.com<br>hskim@lacwkrr.com | Email |
| Counsel to Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Jeffrey Cohen, Esq., Kenneth A. Rosen, Esq., Wojciech F. Jung, Esq., Keara Waldron, Esq.<br>1251 Avenue of the Americas<br>New York NY 10020 | jcohen@lowenstein.com<br>krosen@lowenstein.com<br>wjung@lowenstein.com<br>kwaldron@lowenstein.com | First Class Mail and Email |
| Counsel to Pacific Rim Tonewoods, Inc. | Miller Nash Graham & Dunn LLP | Attn: John R. Knapp, Jr.<br>2801 Alaskan Way, Suite 300<br>Pier 70<br>Seattle WA 98121 | john.knapp@millernash.com | Email |
| Counsel to Hudson Consourse, LLC | Montee & Associates | Attn: Kevin P. Montee<br>1250-I Newell Ave.<br>Suite 149<br>Walnut Creek CA 94596 | | First Class Mail |
| Counsel to Wilmington Trust, National Association in its capacity as successor trustee and collateral agent to the 8.875% Senior Secured Notes due 2018 | Morris James LLP | Attn: Eric J. Monzo, Esquire<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington DE 19899-2306 | emonzo@morrisjames.com | First Class Mail and Email |
| Counsel to Koninklijke Philips N.V. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C. Abbott<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington DE 19899-1347 | dabbott@mnat.com | First Class Mail and Email |
| Counsel to the Commonwealth of Pennsylvania, Department of Revenue | Office of Attorney General | Attn: Carol E. Momjian<br>The Phoenix Building<br>1600 Arch Street, Suite 300<br>Philadelphia PA 19103 | cmomjian@attorneygeneral.gov | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Linda Casey<br>844 King Stret, Suite 2207<br>Wilmington DE 19801 | Linda.Casey@usdoj.gov | First Class Mail and Email |
| Counsel to the Ad Hoc Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Brian S. Hermann, Esq., Robert Britton, Esq., Adam Denhoff, Esq., Kellie Cairns, Esq.<br>1285 Avenue of the Americas<br>New York NY 10019 | bhermann@paulweiss.com<br>rbritton@paulweiss.com<br>adenhoff@paulweiss.com<br>kcairns@paulweiss.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Proposed Counsel for Debtors and Debtors in Possession | Pepper Hamilton LLP | Attn: David M. Fournier, David B. Stratton<br>Hercules Plaza, Suite 5100<br>1313 Market Street, P.O. Box 1709<br>Wilmington DE 19899-1709 | fournied@pepperlaw.com<br>strattond@pepperlaw.com | Email |
| Counsel to Wilmington Trust, National Association in its capacity as successor trustee and collateral agent to the 8.875% Senior Secured Notes due 2018 | Pryor Cashman LLP | Attn: Seth H. Lieberman, Esquire, Patrick Sibley, Esquire, Marie Hofsdal, Esquire<br>7 Times Square<br>New York NY 10036 | slieberman@pryorcashman.com<br>psibley@pryorcashman.com<br>mhofsdal@pryorcashman.com | First Class Mail and Email |
| Counsel to Brunk Industries, Inc. | Reinhart Boerner Van Deuren S.C | Attn: L. Katie Mason, Esq.<br>1000 North Water Street<br>Suite 1700<br>Milwaukee WI 53202 | kmason@reinhartlaw.com | Email |
| Counsel to Moody's Investors Service, Inc. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Pamela A. Bosswick<br>230 Park Avenue<br>New York NY 10169 | cbelmonte@ssbb.com<br>pbosswick@ssbb.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Boulevard, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| Counsel to the Indenture Trustee | Shipman & Goodwin LLP | Attn: Marie C. Pollio<br>One Constitution Plaza<br>Hartford CT 06103-1919 | mpollio@goodwin.com | First Class Mail and Email |
| Counsel to Koninklijke Philips N.V. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg<br>125 Broad Street<br>New York NY 10004-2498 | dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>zylberbergd@sullcrom.com | First Class Mail and Email |
| Counsel to Travis County | Travis County | Attn: David Escamilla, Kay D. Brock<br>P.O. Box 1748<br>Austin TX 78767 | kay.brock@traviscountytx.gov | First Class Mail and Email |
| Counsel to FP Park Investors, L.L.C. and HP Park Investors, L.L.C. | Tune, Entrekin & White, P.C. | Attn: Joseph P. Rusnak<br>UBS Tower, Suite 1700<br>315 Deaderick Street<br>Nashville TN 37238 | Jrusnak@tewlawfirm.com | Email |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights<br>1007 Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| Counsel to GSO Capital Partners LP | White & Case LLP | Attn: J. Christopher Shore, Andrew T. Zatz<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | cshore@whitecase.com<br>azatz@whitecase.com | First Class Mail and Email |
| Counsel to GSO Capital Partners LP | White & Case LLP | Attn: Richard S. Kebrdle<br>Southeast Financial Center<br>200 S. Biscayne Boulevard, Suite 4900<br>Miami FL 33131 | rkebrdle@whitecase.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Tronical GmbH | Whiteford, Taylor & Preston LLC | Attn: L. Katherin Good, Aaron H. Stulman<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington DE 19801 | kgood@wtplaw.com<br>astulman@wtplaw.com | Email |
| Counsel to Prepetition ABL Agent | Winston & Strawn LLP | Attn: Christina M. Wheaton, Jason E. Bennett<br>300 South Tryon Street, 16th Floor<br>Charlotte NC 28202 | cwheaton@winston.com<br>jbennett@winston.com | First Class Mail and Email |
| Counsel to the Ad Hoc Group, the DIP Agent, Cortland Capital Market Services LLC | Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan, Esq., Sean T. Greecher, Esq., Andrew L. Magaziner, Esq., Betsy L. Feldman, Esq.<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | pmorgan@ycst.com<br>sgreecher@ycst.com<br>amagaziner@ycst.com<br>bfeldman@ycst.com | Email |

**<u>Exhibit B</u>**

Exhibit B
Fee Application Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to DIP Agent, Cortland Capital Market Services LLC | Arnold & Porter Kaye Scholer LLP | Attn: D. Tyler Nurnberg, Sarah Gryll<br>70 West Madison Street<br>Suite 4200<br>Chicago IL 60602 | tyler.nurnberg@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>steven.fruchter@arnoldporter.com | First Class Mail and Email |
| Counsel to the Ad Hoc Minority Noteholders Committee | Ashby & Geddes, P.A. | Attn: William P. Bowden, Esq.<br>500 Delaware Avenue<br>8th Floor<br>Wilmington DE 19801 | wbowden@ashbygeddes.com | Email |
| Counsel to the Ad Hoc Minority Noteholders Committee | Brown Rudnick LLP | Attn: Robert J. Stark, Esq.<br>Seven Times Square<br>New York NY 10036 | rstark@brownrudnick.com | Email |
| Counsel to the Ad Hoc Minority Noteholders Committee | Brown Rudnick LLP | Attn: Steven B. Levine, Esq., Brian T. Rice<br>One Financial Center<br>Boston MA 02111 | slevine@brownrudnick.com<br>brice@brownrudnick.com | Email |
| Counsel to GSO Capital Partners LP | Fox Rothschild LLP | Attn: Jeffrey M. Schlerf, Carl D. Neff, Margaret M. Manning<br>919 North Market Street<br>Suite 300<br>Wilmington DE 19801 | jschlerf@foxrothschild.com<br>cneff@foxrothschild.com<br>mmanning@foxrothschild.com | First Class Mail and Email |
| Fee Examiner | Goldstein & McClintock LLLP | Attn: Maria Aprile Sawczuk<br>501 Silverside Road<br>Suite 65<br>Wilmington DE 19809 | marias@restructuringshop.com | First Class Mail and Email |
| Proposed Counsel for Debtors and Debtors in Possession | Goodwin Procter LLP | Attn: Michael H. Goldstein, Gregory W. Fox, Barry Z. Bazian<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018-1405 | mgoldstein@goodwinlaw.com<br>gfox@goodwinlaw.com<br>bbazian@goodwinlaw.com | Email |
| Counsel to Official Committee of Unsecured Creditors | Landis Rath & Cobb LLP | Attn: Adam G. Landis, Esq., Matthew B. McGuire, Esq., Matthew R. Pierce, Esq.<br>919 Market Street<br>Suite 1800<br>Wilmington DE 19801 | landis@lrclaw.com<br>mcguire@lrclaw.com<br>pierce@lrclaw.com | First Class Mail and Email |
| Counsel to Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Jeffrey Cohen, Esq., Kenneth A. Rosen, Esq., Wojciech F. Jung, Esq., Keara Waldron, Esq.<br>1251 Avenue of the Americas<br>New York NY 10020 | jcohen@lowenstein.com<br>krosen@lowenstein.com<br>wjung@lowenstein.com<br>kwaldron@lowenstein.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Linda Casey<br>844 King Stret, Suite 2207<br>Wilmington DE 19801 | Linda.Casey@usdoj.gov | First Class Mail and Email |
| Counsel to the Ad Hoc Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Brian S. Hermann, Esq., Robert Britton, Esq., Adam Denhoff, Esq., Kellie Cairns, Esq.<br>1285 Avenue of the Americas<br>New York NY 10019 | bhermann@paulweiss.com<br>rbritton@paulweiss.com<br>adenhoff@paulweiss.com<br>kcairns@paulweiss.com | Email |
| Counsel to GSO Capital Partners LP | White & Case LLP | Attn: J. Christopher Shore, Andrew T. Zatz<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | cshore@whitecase.com<br>azatz@whitecase.com | First Class Mail and Email |
| Counsel to GSO Capital Partners LP | White & Case LLP | Attn: Richard S. Kebrdle<br>Southeast Financial Center<br>200 S. Biscayne Boulevard, Suite 4900<br>Miami FL 33131 | rkebrdle@whitecase.com | First Class Mail and Email |

Exhibit B
Fee Application Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Ad Hoc Group, the DIP Agent, Cortland Capital Market Services LLC | Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan, Esq., Sean T. Greecher, Esq., Andrew L. Magaziner, Esq., Betsy L. Feldman, Esq. Rodney Square 1000 North King Street Wilmington DE 19801 | pmorgan@ycst.com sgreecher@ycst.com amagaziner@ycst.com bfeldman@ycst.com | Email |