### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GIBSON BRANDS, INC., *et al.*, | Case No. 18-11025 (CSS) |
| Debtors.[1] | Jointly Administered |
| | **Re: Docket No. 322** |

**NOTICE OF PARTIAL WITHDRAW OF REQUEST FOR COMPENSATION AND EXPENSES UNDER THE FIRST MONTHLY APPLICATION OF BATES & BATES AS SPECIAL IP COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MAY 1, 2018 THROUGH AND INCLUDING MAY 31, 2018**

**PLEASE TAKE NOTICE** that on June 8, 2018, the Court entered the *Order Granting Debtors' Application, Pursuant to 11 U.S.C. § 327(e), (I) Authorizing the Employment and Retention of Bates & Bates as Special IP Counsel,* Nunc Pro Tunc *to the Petition Date; (II) Authorizing the Employment of Certain Foreign IP Counsel Under Local Rule 2014-1(c); and (III) Waiving Information Requirements of Local Rule 2016-2(c)-(e)* (Docket No. 254).

**PLEASE TAKE FURTHER NOTICE** that on June 27, 2018, Bates & Bates filed the *First Monthly Application of Bates & Bates as Special IP Counsel to the Debtors and Debtors In Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from May 1, 2018 Through and Including May 31, 2018* (Docket No. 322) (the "May Fee Application").[2]

**PLEASE TAKE FURTHER NOTICE** that the May Fee Application inadvertently included a request for payment of fees and expenses incurred prior to the Petition Date. Therefore, by this notice, Bates & Bates is withdrawing its request for such prepetition fees and expenses, which total $42,548.55 on behalf of prepetition fees owed to Bates & Bates, $3,087.21 on behalf of prepetition expenses owed to Bates & Bates, and $66,967.36 on behalf of expenses owed to Bates & Bates related to Foreign IP Counsel's prepetition fees and expenses.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Gibson Brands, Inc. (4520); Cakewalk, Inc. (2455); Consolidated Musical Instruments, LLC (4695); Gibson Café & Gallery, LLC (0434); Gibson International Sales LLC (1754); Gibson Pro Audio Corp. (3042), Neat Audio Acquisition Corp. (3784); Gibson Innovations USA, Inc. (4620); Gibson Holdings, Inc. (8455); Baldwin Piano, Inc. (0371); Wurlitzer Corp. (0031); and Gibson Europe B.V. (Foreign). The Debtors' corporate headquarters is located at 309 Plus Park Blvd., Nashville, TN 37217.

[2] Capitalized terms used but not defined herein are used as defined in the May Fee Application.

-2-

**PLEASE TAKE FURTHER NOTICE** that, after subtracting the prepetition amounts, Bates & Bates's requested total fees and expenses sought by the May Fee Application total the following:

| | |
|---|---|
| Amount of compensation sought as actual, reasonable, and necessary: | $111,084.48 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $75,183.26 |

Dated:  July 13, 2018
       Atlanta, GA

Respectfully submitted,

BATES & BATES

*/s/  Andrea E. Bates*
Andrea E. Bates
Bates & Bates
1890 Marietta Blvd NW
Atlanta GA 30318
404-228-7439
abates@bates-bates.com

*Special IP Counsel to the Debtors and Debtors in Possession*