## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
|  | : Case No. 18-11025 (CSS) |
| GIBSON BRANDS, INC., *et al.*, | : |
|  | : Jointly Administered |
| Debtors.[1] | : |
|  | : **Re: Docket No. 181, 254** |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SUPPLEMENTAL DECLARATION OF ANDREA E. BATES IN SUPPORT
OF DEBTORS' APPLICATION, PURSUANT TO 11 U.S.C. § 327(e),
(I) AUTHORIZING THE EMPLOYMENT AND RETENTION
OF BATES & BATES AS SPECIAL IP COUNSEL, *NUNC PRO TUNC*
TO THE PETITION DATE; (II) AUTHORIZING THE EMPLOYMENT
OF CERTAIN FOREIGN IP COUNSEL UNDER LOCAL RULE 2014-1(c); AND
(III) WAIVING INFORMATION REQUIREMENTS OF LOCAL RULE 2016-2(c)-(e)**

1.      I, Andrea E. Bates, am an attorney and partner of the law firm of Bates & Bates.  My firm maintains offices for the practice of law throughout the United States.  I am a partner in the Atlanta, Georgia office located at 1890 Marietta Blvd. NW, Atlanta, GA 30318.

2.      I submit this supplemental declaration (this "Supplemental Declaration") in support of the continued retention of Bates & Bates as special IP counsel to the above-captioned debtors and debtors in possession (the "Debtors") *nunc pro tunc* to the Petition Date.

3.      On May 21, 2018, the Debtors filed an application (Docket No. 181) (the "Application")[2] to retain Bates & Bates as special IP counsel and to authorize Bates & Bates to continue to employ Foreign IP Counsel on behalf of the Debtors.  This Supplemental Declaration

---

[1]      The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Gibson Brands, Inc. (4520); Cakewalk, Inc. (2455); Consolidated Musical Instruments, LLC (4695); Gibson Café & Gallery, LLC (0434); Gibson International Sales LLC (1754); Gibson Pro Audio Corp. (3042), Neat Audio Acquisition Corp. (3784); Gibson Innovations USA, Inc. (4620); Gibson Holdings, Inc. (8455); Baldwin Piano, Inc. (0371); Wurlitzer Corp. (0031); and Gibson Europe B.V. (Foreign).  The Debtors' corporate headquarters is located at 309 Plus Park Blvd., Nashville, TN 37217.

[2]      Capitalized terms used, but not defined, herein shall have the meanings ascribed to them in the Application.

is intended to supplement, but not replace, my first declaration in support of the Application (the "Declaration"), filed contemporaneously with the Application.

1.    On June 8, 2018, the Court entered the *Order Granting Debtors' Application, Pursuant to 11 U.S.C. § 327(e), (I) Authorizing the Employment and Retention of Bates & Bates as Special IP Counsel,* Nunc Pro Tunc *to the Petition Date; (II) Authorizing the Employment of Certain Foreign IP Counsel Under Local Rule 2014-1(c); and (III) Waiving Information Requirements of Local Rule 2016-2(c)-(e)* (Docket No. 254) (the "Retention Order").

2.    Except as otherwise indicated, I have personal knowledge of the matters set forth herein, and, if called as a witness, would testify competently hereto.

3.    To the extent that any information disclosed herein requires supplementation, amendment or modification upon Bates & Bates' completion of further analysis or as additional information becomes available to it, a supplemental declaration will be submitted to the Court.

4.    The Declaration provided that as of the Petition Date, Bates & Bates and Foreign IP Counsel were not owed any accrued prepetition fees or expenses in connection with legal services provided to the Debtors prior to the Petition Date.  As of the Petition Date, Bates & Bates and Foreign IP Counsel had provided prepetition services to the Debtors on which they had not yet received payment, however, I did not consider this to be "accrued" fees and expenses because they had not yet been billed to the Debtors.  Thus, as of the Petition Date, the Debtors owed Bates & Bates $42,548.55 on behalf of prepetition fees and $3,087.21 on behalf of prepetition expenses, and the Debtors owed $66,967.36 to Foreign IP Counsel on behalf on prepetition fees and expenses.

#49425298 v1

*[Remainder of page intentionally left blank]*

#49425298 v1

## **28 U.S.C. § 1746 Declaration**

I declare under penalty of perjury that the foregoing is true and correct.


Executed on July 13, 2018.


<div style="margin-left:40%;">

_/s/ Andrea E. Bates_
_____

Name:  Andrea E. Bates
Title:  Partner
Firm:  Bates & Bates

</div>

#49425298 v1