**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| GIBSON BRANDS, INC., *et al.*[1] | § | Case No. 18-11025 (CSS) |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |

## NOTICE OF SERVICE

I, Derek C. Abbott., hereby certify that on July 16, 2018, a copy of **Koninklijke Philips N.V.'s Second Request For Production Of Documents To Debtors Relating To Plan And Challenge Period** was served upon those parties identified below in the manner indicated.

## BY ELECTRONIC MAIL

Brian S. Hermann
Robert Britton
Adam M. Denhoff
Kellie A. Cairns
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
Email:  bhermann@paulweiss.com
            rbritton@paulweiss.com
            adenhoff@paulweiss.com
            kcairns@paulweiss.com

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Gibson Brands, Inc. (4520); Cakewalk, Inc. (2455); Consolidated Musical Instruments, LLC (4695); Gibson Café & Gallery, LLC (0434); Gibson International Sales LLC (1754); Gibson Pro Audio Corp. (3042), Neat Audio Acquisition Corp. (3784); Gibson Innovations USA, Inc. (4620); Gibson Holdings, Inc. (8455); Baldwin Piano, Inc. (0371); Wurlitzer Corp. (0031); and Gibson Europe B.V. (Foreign). The Debtors' corporate headquarters is located at 309 Plus Park Blvd., Nashville, TN 37217.

Dated: July 16, 2018

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

-and-

Andrew G. Dietderich (*pro hac vice* pending)
Brian D. Glueckstein (*pro hac vice* pending)
David R. Zylberberg (*pro hac vice* pending)
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel to Koninklijke Philips N.V.*