# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
:
In re:                                              :   Chapter 11
:
GIBSON BRANDS, INC., *et al.*,[1]                   :   Case No. 18-11025 (CSS)
:
                              Debtors.              :   (Jointly Administered)
:
:
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Gerhald R. Pasabangi, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 11, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Email on the Fee Application Notice Parties Service List attached hereto as **Exhibit A**:

- Amended Notice of First Monthly Application of Pepper Hamilton LLP as Restructuring Co-Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2018 through and Including May 31, 2018 [Docket No. 418]

- Notice of Withdrawal of Amended Notice of First Monthly Application of Pepper Hamilton LLP as Restructuring Co-Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from May 1, 2018 through May 31, 2018 [Docket No. 419]

- Amended Notice of First Monthly Application of Pepper Hamilton LLP as Restructuring Co-Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2018 through and Including May 31, 2018 [Docket No. 420]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Gibson Brands, Inc. (4520); Cakewalk, Inc. (2455); Consolidated Musical Instruments, LLC (4695); Gibson Café & Gallery, LLC (0434); Gibson International Sales LLC (1754); Gibson Pro Audio Corp. (3042), Neat Audio Acquisition Corp. (3784); Gibson Innovations USA, Inc. (4620); Gibson Holdings, Inc. (8455); Baldwin Piano, Inc. (0371); Wurlitzer Corp. (0031); and Gibson Europe B.V. (Foreign). The Debtors' corporate headquarters is located at 309 Plus Park Blvd., Nashville, TN 37217.

Dated: July 16, 2018

_____
Gerhald R. Pasabangi

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 16, 2018, by Gerhald R. Pasabangi, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20__18

**Exhibit A**

Exhibit A
Fee Application Notice Parties Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to DIP Agent, Cortland Capital Market Services LLC | Arnold & Porter Kaye Scholer LLP | Attn: D. Tyler Nurnberg, Sarah Gryll<br>70 West Madison Street<br>Suite 4200<br>Chicago IL 60602 | tyler.nurnberg@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>steven.fruchter@arnoldporter.com |
| Counsel to the Ad Hoc Minority Noteholders Committee | Ashby & Geddes, P.A. | Attn: William P. Bowden, Esq.<br>500 Delaware Avenue<br>8th Floor<br>Wilmington DE 19801 | wbowden@ashbygeddes.com |
| Counsel to the Ad Hoc Minority Noteholders Committee | Brown Rudnick LLP | Attn: Robert J. Stark, Esq.<br>Seven Times Square<br>New York NY 10036 | rstark@brownrudnick.com |
| Counsel to the Ad Hoc Minority Noteholders Committee | Brown Rudnick LLP | Attn: Steven B. Levine, Esq., Brian T. Rice<br>One Financial Center<br>Boston MA 02111 | slevine@brownrudnick.com<br>brice@brownrudnick.com |
| Counsel to GSO Capital Partners LP | Fox Rothschild LLP | Attn: Jeffrey M. Schlerf, Carl D. Neff, Margaret M. Manning<br>919 North Market Street<br>Suite 300<br>Wilmington DE 19801 | jschlerf@foxrothschild.com<br>cneff@foxrothschild.com<br>mmanning@foxrothschild.com |
| Fee Examiner | Goldstein & McClintock LLLP | Attn: Maria Aprile Sawczuk<br>501 Silverside Road<br>Suite 65<br>Wilmington DE 19809 | marias@restructuringshop.com |
| Proposed Counsel for Debtors and Debtors in Possession | Goodwin Procter LLP | Attn: Michael H. Goldstein, Gregory W. Fox, Barry Z. Bazian<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018-1405 | mgoldstein@goodwinlaw.com<br>gfox@goodwinlaw.com<br>bbazian@goodwinlaw.com |
| Counsel to Official Committee of Unsecured Creditors | Landis Rath & Cobb LLP | Attn: Adam G. Landis, Esq., Matthew B. McGuire, Esq., Matthew R. Pierce, Esq.<br>919 Market Street<br>Suite 1800<br>Wilmington DE 19801 | landis@lrclaw.com<br>mcguire@lrclaw.com<br>pierce@lrclaw.com |
| Counsel to Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Jeffrey Cohen, Esq., Kenneth A. Rosen, Esq., Wojciech F. Jung, Esq., Keara Waldron, Esq.<br>1251 Avenue of the Americas<br>New York NY 10020 | jcohen@lowenstein.com<br>krosen@lowenstein.com<br>wjung@lowenstein.com<br>kwaldron@lowenstein.com |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Linda Casey<br>844 King Stret, Suite 2207<br>Wilmington DE 19801 | Linda.Casey@usdoj.gov |
| Counsel to the Ad Hoc Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Brian S. Hermann, Esq., Robert Britton, Esq., Adam Denhoff, Esq., Kellie Cairns, Esq.<br>1285 Avenue of the Americas<br>New York NY 10019 | bhermann@paulweiss.com<br>rbritton@paulweiss.com<br>adenhoff@paulweiss.com<br>kcairns@paulweiss.com |
| Counsel to GSO Capital Partners LP | White & Case LLP | Attn: J. Christopher Shore, Andrew T. Zatz<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | cshore@whitecase.com<br>azatz@whitecase.com |

In re: Gibson Brands, Inc., *et al.*
Case No. 18-11025 (CSS)

Exhibit A
Fee Application Notice Parties Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to GSO Capital Partners LP | White & Case LLP | Attn: Richard S. Kebrdle<br>Southeast Financial Center<br>200 S. Biscayne Boulevard, Suite 4900<br>Miami FL 33131 | rkebrdle@whitecase.com |
| Counsel to the Ad Hoc Group, the DIP Agent, Cortland Capital Market Services LLC | Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan, Esq., Sean T. Greecher, Esq., Andrew L. Magaziner, Esq., Betsy L. Feldman, Esq.<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | pmorgan@ycst.com<br>sgreecher@ycst.com<br>amagaziner@ycst.com<br>bfeldman@ycst.com |