IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| GIBSON BRANDS, INC., *et al.*, | : | Case No. 18-11025 (CSS) |
| Debtors.[1] | : | Jointly Administered |

## FIRST SUPPLEMENTAL DECLARATION OF BENJAMIN K. STANGA ON BEHALF OF PRICEWATERHOUSECOOPERS LLP AS TAX COMPLIANCE SERVICES PROVIDER TO THE DEBTORS

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Benjamin K. Stanga declares and says:

1. I am a partner at PricewaterhouseCoopers LLP ("PwC"), an accounting and financial services firm with offices located at numerous locations around the world. I am authorized to execute this declaration on behalf of PwC. Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.[2]

2. I submit this supplemental declaration (the "Supplemental Declaration") in connection with PwC's continued provision of tax compliance services to Gibson Brands, Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors").

3. On May 21, 2018, I executed a declaration on behalf of PwC in support of the Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Gibson Brands, Inc. (4520); Cakewalk, Inc. (2455); Consolidated Musical Instruments, LLC (4695); Gibson Café & Gallery, LLC (0434); Gibson International Sales LLC (1754); Gibson Pro Audio Corp. (3042); Neat Audio Acquisition Corp. (3784); Gibson Innovations USA, Inc. (4620); Gibson Holdings, Inc. (8455); Baldwin Piano, Inc. (0371); Wurlitzer Corp. (0031); and Gibson Europe B.V. (Foreign). The Debtors' corporate headquarters is located at 309 Plus Park Blvd., Nashville, TN 37217.

[2] Certain of the disclosures set forth herein relate to matters within the personal knowledge of other employees of PwC and are based on information provided by them.

PricewaterhouseCoopers LLP to Provide Tax Compliance Services Effective *Nunc Pro Tunc* to the Petition Date, (II) Waiving the Time-Keeping Requirements of Local Rule 2016-2, and (III) Granting Related Relief (D.I. 180, the "Application"). The services provided by PwC to the Debtors are described in the Application and within the Engagement Letter.

4. On July 9, 2018, the Court entered an Order (I) Authorizing the Employment and Retention of PricewaterhouseCoopers LLP to Provide Tax Compliance Services Effective *Nunc Pro Tunc* to the Petition Date, (II) Waiving the Time-Keeping Requirements of Local Rule 2016-2, and (III) Granting Related Relief (D.I. 409).

5. As disclosed within the Application, PwC may utilize tax specialists to provide technical consultation and those rates may vary. The Debtors and its Counsel have requested our tax mergers & acquisitions ("Tax M&A") team to support them with some tax basis analysis, net-operating losses and other tax attributes. The hourly rates, subject to periodic adjustments, that the Tax M&A team will charge are as follows:

| Staff Level | Tax M&A |
|---|---|
| Partner | $999 |
| Director | $736 |
| Manager | $635 |
| Senior Associate | $473 |
| Associate | $317 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 16, 2018

_____
Benjamin K. Stanga, Partner
PricewaterhouseCoopers LLP