IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
                                :
In re:                          :   Chapter 11
                                :
                                :   Case No. Case No. 18-11025 (CSS)
GIBSON BRANDS, INC., *et al.*,  :
                                :   Jointly Administered
     Debtors.[1]                :
                                :
------------------------------- x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF mr. O.F.A.W. van Haperen,
ON BEHALF OF _Kneppelhout & Korthals N.V.**

, being duly sworn, upon his/her oath, deposes and says: I am a _managing partner / attorney at law of Kneppelhout & Korhtals N.V., located at de Boompjes 40 (3011 XB) Rotterdam, the Netherlands (the "Company").

The above-captioned debtors and debtors-in-possession (the "Debtors") have requested that the Company provide legal (GDPR-related) services to the Debtors, and the Company has consented to provide such services (the "Services").

The Services include, but are not limited to, the following:

To help Gibson Brand becoming GDPR compliant

The Company may have performed services in the past and may perform services in the future, in matters unrelated to the Debtors' chapter 11 cases, for persons that are parties-in-interest in the chapter 11 cases. As part of its customary practice, the Company is retained in cases,

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Gibson Brands, Inc. (4520); Cakewalk, Inc. (2455); Consolidated Musical Instruments, LLC (4695); Gibson Café & Gallery, LLC (0434); Gibson International Sales LLC (1754); Gibson Pro Audio Corp. (3042), Neat Audio Acquisition Corp. (3784); Gibson Innovations USA, Inc. (4620); Gibson Holdings, Inc. (8455); Baldwin Piano, Inc. (0371); Wurlitzer Corp. (0031); and Gibson Europe B.V. (Foreign). The Debtors' corporate headquarters is located at 309 Plus Park Blvd., Nashville, TN 37217.

proceedings and transactions involving many different parties, some of whom may represent or be claimants, employees of the Debtors, or other parties-in-interest in these chapter 11 cases. The Company does not perform services for any such person in connection with these chapter 11 cases. In addition, the Company does not have any relationship with any such person, its attorneys, or its accountants that would be adverse to the Debtors or their estates.

Neither I nor any principal of or professional employed by the Company has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Company.

Neither I nor any principal of or professional employed by the Company, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

As of the date of the commencement of their Chapter 11 Cases, the Debtors owed the Company $[____0____] for prepetition services.

The Company is conducting further inquiries regarding its employment by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Company should discover any facts bearing on the matters described herein, the Company will supplement the information contained in this affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this affidavit was executed on 5 July 2018, at Rotterdam,

Affiant Name:

SWORN TO AND SUBSCRIBED before me this ___6___ day of ___july___, 2018.

_____
Notary Public

2




Jan Leentvaarlaan 2   T 010 767 17 00
3065 DC Rotterdam    F 010 767 17 77
www.010notaris.nl    E info@010notaris.nl

The undersigned:

Mr. Freddy Ka-hee Choi, assigned civil law notary, in the protocol of mr. Karin Denice Nabibaks, civil law notary, officiating in Rotterdam (the Netherlands),

confirm that I have seen the signature of:

**Olaf Franciscus Adrianus Wilhelmus van Haperen,** born in ▮▮▮▮▮ (the Netherlands), on the ▮▮▮▮ day of ▮▮▮ nineteen hundred and ▮▮▮, identifying with passport with number ▮▮▮▮▮, issued in ▮▮▮▮ (the Netherlands) on the ▮▮ day of ▮▮▮ two thousand ▮▮▮.

and that I have done it on the basis of an original and valid proof of identity as mentioned in the Anti-Money Laundering and Anti-Terrorist Financing Act "Wet ter voorkoming van witwassen en financiering van terrorisme (Wwft)"

The undersigned further states:
- That the aforementioned person has signed the annexed document and that the undersigned civil law notary has seen the aforementioned person only for the purpose of legalization of the signature.
- That the undersigned has not informed the aforementioned person about the content and consequences of the aforementioned document and that the statement of the undersigned is only to establish the identity of the aforementioned person and legalization of the signature of the aforementioned person.
- That any liability, not concerning the identity of the aforementioned person, is hereby fully excluded.

Signed in Rotterdam on this day of: Friday, July 06, 2018





# VIS

**Toetsingsgegevens**

| | |
|---|---|
| Referentie | |
| Debiteurnummer | 102544 |
| Verzenddatum | 06-07-2018 |
| Verzendtijd | 16:08 |

**Documentgegevens**

| | |
|---|---|
| Document type | Nederlands en buitenlands PASPOORT en EUROPESE identiteitskaart |
| Land van uitgifte | Nederland |
| Documentnummer | ███████ |

**Resultaat toetsing**

| | |
|---|---|
| Status | het document staat NIET als vermist geregistreerd |

1 / 1