**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

GIBSON BRANDS, INC., *et al.*,

Debtors.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Chapter 11
:
: Case No. 18-11025 (CSS)
:
: Jointly Administered
:
: **Re: Docket No. 163, 432**

## NOTICE OF SECOND AMENDED LIST OF ORDINARY COURSE PROFESSIONALS

PLEASE TAKE NOTICE that, in accordance with the *Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Retain and Compensate Professionals Employed in the Ordinary Course of Business* Nunc Pro Tunc *to the Petition Date* (Docket No. 163) (the "OCP Order"),[2] the above-captioned debtors and debtors in possession (the "Debtors") hereby submit this second amended OCP List. Text bolded in the below chart reflects an ordinary course professional and its related information that have been added to the OCP List since the First Amended OCP List was filed on July 12, 2018 (Docket No. 432).

| Professional | Address | Description of Services |
|---|---|---|
| Baker Mckenzie[3] | Attn: Alexander R. Jampel Legal Counsel - Japanese<br>Ark Hills Sengokuyama Mori Tower, 28th Floor Local Counsel<br>1-9-10 Roppongi, Minato-Ku<br>Tokyo 106-0032, Japan | Legal Counsel – Japanese Local Counsel |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Martha Boyd & Austin Purvis<br>211 Commerce Street, Suite 800<br>Nashville, TN 37201 | Legal Counsel – Litigation Defense |
| Bass Berry Sims, PLC | 150 Third Avenue South, Suite 2800<br>Nashville, TN37201 | Legal Counsel – Employment Counsel |
| Bate & Bate | Attn: David Bate<br>5757 West Century Blvd.<br>7th Floor<br>Los Angeles, CA 90045 | Legal Counsel – Environmental Counsel |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Gibson Brands, Inc. (4520); Cakewalk, Inc. (2455); Consolidated Musical Instruments, LLC (4695); Gibson Café & Gallery, LLC (0434); Gibson International Sales LLC (1754); Gibson Pro Audio Corp. (3042); Neat Audio Acquisition Corp. (3784); Gibson Innovations USA, Inc. (4620); Gibson Holdings, Inc. (8455); Baldwin Piano, Inc. (0371); Wurlitzer Corp. (0031); and Gibson Europe B.V. (Foreign). The Debtors' corporate headquarters is located at 309 Plus Park Blvd., Nashville, TN 37217.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the OCP Order.

[3] This professional's OCP Affidavit was filed and served on June 11, 2018. *See* Docket Nos. 263 and 281.

| Dentons[4] | Attn: Todd Laio<br>5th Floor The Center<br>989 Changle Road<br>Shanghai 200031 China | Legal Counsel – Chinese Local Counsel |
|---|---|---|
| Dunham Hildebrand PLLC[5] | Attn: Griffin S. Dunham, R. Alex Payne<br>1704 Charlotte Avenue – Suite 105<br>Nashville, TN 37203 | Legal Counsel – IP Litigation |
| Ernst & Young US LLP | Attn: Jost Funke<br>201 S Biscayne Blvd #3000<br>Miami, FL 33131 | Tax Services |
| Ferry Joseph, P.A.[6] | Attn: Rick S. Miller<br>824 Market St., Suite 1000<br>P.O. Box 1351<br>Wilmington, DE 19899 | Legal Counsel – IP Counsel |
| Hogan Lovells LLP<br>• Hogan Lovells International LLP[7] | Attn: Anthonia Ghalamkarizadeh<br>Alstertor 21<br>Hamberg, 20095<br>Germany | Legal Counsel – Europe IP, Contract and Commercial Counsel |
| • Hogan Lovells Alicante, SL&Cia, S.C[8] | Avenida Maisonnave nº 22<br>03003 Alicante, Spain | Legal Counsel – Europe Trademark Counsel |
| Lattimore Black Morgan & Cain, PC | 201 Franklin Road<br>Brentwood, TN 37027 | Tax Services |
| Riley Warnock & Jacobson, PLC[9] | Attn: Tim Harvey<br>1906 West End Avenue<br>Nashville, TN 37203 | Legal Counsel – Local Litigation Counsel |
| Sobro Law Group, PLLC[10] | Attn: Adam G. Lafevor<br>513 3rd Avenue South<br>Nashville, TN 37210 | Legal Counsel – Local Litigation Counsel |
| Webb Sanders, PLLC[11] | Lymari Cromwell<br>Cummins Station<br>209 10th Avenue S Suite 505<br>Nashville, TN 37203 | Legal Counsel – Labor and Employment Counsel |
| Thompson Hine, LLP[12] | 312 Walnut Street, Suite 1400<br>Cincinnati, Ohio 45202 | Legal Counsel – ERISA and Employee Benefits Counsel |

---

[4] Dentons has been retained pursuant to a separate application and order. *See* Docket Nos. 294 and 402.
[5] This professional's OCP Affidavit was filed and served on May 31, 2018. *See* Docket Nos. 223 and 229.
[6] This professional's OCP Affidavit was filed and served on June 20, 2018. *See* Docket Nos. 293 and 314.
[7] This professional's OCP Affidavit was filed and served on June 15, 2018. *See* Docket Nos. 286 and 298.
[8] This professional's OCP Affidavit was filed and served on June 15, 2018. *See* Docket Nos. 285 and 298.
[9] This professional's OCP Affidavit was filed and served on June 1, 2018. *See* Docket Nos. 224 and 232.
[10] This professional's OCP Affidavit was filed and served on May 21, 2018. *See* Docket Nos. 182 and 213.
[11] This professional's OCP Affidavit was filed and served on June 20, 2018. *See* Docket Nos. 292 and 314.
[12] This professional's OCP Affidavit was filed and served on June 11, 2018. *See* Docket Nos. 271 and 281.

#49456649 v1

| Bedell & Forman LLP[13] | 30 Wall Street, 8th Floor<br>New York, New York 10005 | Legal Counsel – Sale of Interest in Club Unit 929 |
|---|---|---|
| Great American Group Advisory & Valuation Services, LLC[14] | 21255 Burbank Blvd, Suite 400, Woodland Hills, CA 91367 | Asset Appraisal Services |
| **Kneppelhout & Korthals N.V.[15]** | **De Boompjes 40 (3011 XB) Rotterdam, the Netherlands** | **Legal Counsel – GDPR Compliance** |

Dated: July 17, 2018
Wilmington, Delaware

PEPPER HAMILTON LLP

　　　*/s/ Marcy J. McLaughlin*
David M. Fournier (DE 2812)
Marcy J. McLaughlin (DE 6184)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Email: fournierd@pepperlaw.com
　　　　mclaughlinm@pepperlaw.com

- and -

GOODWIN PROCTER LLP
Michael H. Goldstein (admitted *pro hac vice*)
Gregory W. Fox (admitted *pro hac vice*)
Barry Z. Bazian (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 813-8800
Email: mgoldstein@goodwinlaw.com
　　　　gfox@goodwinlaw.com
　　　　bbazian@goodwinlaw.com

*Counsel for Debtors and Debtors in Possession*

---

[13]　This professional's OCP Affidavit was filed and served on June 28, 2018. *See* Docket Nos. 324 and 377.
[14]　This professional's OCP Affidavit was filed and served on June 29, 2018. *See* Docket Nos. 335 and 391.
**[15]　This professional's OCP Affidavit was filed and served on July 17, 2018. *See* Docket No. 445.**