# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Gibson Brands, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No: 18–11025 (CSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: N/A**<br>**Objection Deadline: July 16, 2018 at 4:00 p.m. (ET)**<br><br>**Ref. No. 308** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *First Monthly Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Services Rendered and Reimbursement of Expenses Incurred for the Period of May 9, 2018 through May 31, 2018* [D.I. 308] (the "Application"), filed on June 25, 2018. The undersigned further certifies that a review of the Court's docket in this case reflects no answer, objection or other responsive pleading to the Application. Pursuant to the notice, objections were to be filed and served no later than July 16, 2018.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Gibson Brands, Inc. (4520); Cakewalk, Inc. (2455); Consolidated Musical Instruments, LLC (4695); Gibson Café & Gallery, LLC (0434); Gibson International Sales LLC (1754); Gibson Pro Audio Corp. (3042), Neat Audio Acquisition Corp. (3784); Gibson Innovations USA, Inc. (4620); Gibson Holdings, Inc. (8455); Baldwin Piano, Inc. (0371); Wurlitzer Corp. (0031); and Gibson Europe B.V. (Foreign). The Debtors' corporate headquarters is located at 309 Plus Park Blvd., Nashville, TN 37217.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 252] the Debtors are now authorized to pay 80% ($184,647.88) of the requested fees ($230.809.85) and 100% ($1,157.08) of the requested expenses on an interim basis without further Court order.

Dated: July 17, 2018
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_/s/ Matthew R. Pierce_

Adam G. Landis, Esq. (No. 3407)
Matthew B. McGuire (No. 4366)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       mcguire@lrclaw.com
       pierce@lrclaw.com

-and-

**LOWENSTEIN SANDLER LLP**
Jeffrey Cohen, Esq.
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
1251 Avenue of the Americas
New York, New York, 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
E-mail: jcohen@lowenstein.com
       krosen@lowenstein.com
       wjung@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*